IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 MAY 30  PM 4:44
CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19CR1497VJ-1 |
| vs. | ) |
| JOHNNY L. MELTON, | ) |
| Defendant. | ) |

### WAIVER OF INDICTMENT

**JOHNNY L. MELTON**, the above named defendant, who is accused of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm, being advised of the nature of the charge and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JOHNNY L. MELTON
Defendant

_____
ANDRE POISSANT
Attorney for Defendant

Date: 5/30/19